UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No.  **CV 22-7559-JFW(MRWx)** | Date:  November 21, 2022 |
| Title:  Jerome Kern -v- U.S. Bank National Association, et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     ORDER DISMISSING ACTION WITHOUT PREJUDICE

    As a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Order of October 20, 2022, this action is hereby **DISMISSED without prejudice**.  The Scheduling Conference, currently on calendar for November 28, 2022, is **VACATED**.  See Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

    IT IS SO ORDERED.

Initials of Deputy Clerk __sr_